AO91 (Rev. 12/03)   Criminal Complaint                                                                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** **vs.** | **CRIMINAL COMPLAINT** |
| Danilo LOPEZ-Ramirez<br>A201 297 353<br>IAE<br>Mexico   YOB: 1989 | Case Number: 7:11-03525 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about __June 02, 2011__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

**Danilo Lopez-Ramirez was encountered by Border Patrol Agents near Hidalgo, Texas on June 2, 2011.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on June 2, 2011, by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Passement, Gerardo  Border Patrol Agent
Signature of Complainant

Passement, Gerardo   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 03, 2011                                                                 at    McAllen, Texas
Date                                                                                       City/State

Dorina Ramos            U.S. Magistrate Judge
Name of Judge            Title of Judge                                            Signature of Judge